# EXHIBIT 1


RECEIVED
SEP 13 2016
ROOFERS UNION WELFARE TRUST
PENSION...

| 2120 - Served | 2121 - Served |
| 2220 - Not Served | 2221 - Not Served |
| 2320 - Served By Mail | 2321 - Served By Mail |
| 2420 - Served By Publication | 2421 - Served By Publication |
| SUMMONS | ALIAS - SUMMONS |

(2/28/11) CCG N001

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### COUNTY DEPARTMENT, CHANCERY DIVISION

No. 2016CH10527
CALENDAR/ROOM 12
TIME 00:00
Pet Accounting

ALESHIA REYES,

(Name all parties)

v.

LOCAL #11 UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS,

PLEASE SERVE: Local #11 United Union of Roofers, Waterproofers and Allied Workers,

9838 W. Roosevelt Rd., Westchester, IL 60154

⦿ SUMMONS  ○ ALIAS SUMMONS

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance, and pay the required fee, in the Office of the Clerk of this Court at the following location:

⦿ Richard J. Daley Center, 50 W. Washington, Room 802, Chicago, Illinois 60602

○ District 2 - Skokie
5600 Old Orchard Rd.
Skokie, IL 60077

○ District 3 - Rolling Meadows
2121 Euclid
Rolling Meadows, IL 60008

○ District 4 - Maywood
1500 Maybrook Ave.
Maywood, IL 60153

○ District 5 - Bridgeview
10220 S. 76th Ave.
Bridgeview, IL 60455

○ District 6 - Markham
16501 S. Kedzie Pkwy.
Markham, IL 60428

○ Child Support
28 North Clark St., Room 200
Chicago, Illinois 60602

You must file within 30 days after service of this Summons, not counting the day of service.
**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF REQUESTED IN THE COMPLAINT.**

**To the officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than 30 days after its date.

Atty. No.: 40171
Name: DEUTSCHMAN & ASSOCIATES, P.C.
Atty. for: Plaintiff
Address: 77 West Washington St., Ste 1525
City/State/Zip: Chicago, IL 60602
Telephone: 312-419-1600

WITNESS, _____,

_____
Clerk of Court
Date of service: DOROTHY BROWN AUG 1 1 2016
(To be inserted by officer on copy left with defendant or other person)

Service by Facsimile Transmission will be accepted at: _____
(Area Code)  (Facsimile Telephone Number)

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| ALESHIA REYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2016CH10587 |
| | ) |
| LOCAL #11 UNITED UNION OF ROOFERS, | ) |
| WATERPROOFERS AND ALLIED WORKERS, | ) |
| | ) |
| Defendants. | ) |

## COMPLAINT AT LAW

NOW COMES the plaintiff, ALESHIA REYES, and complaining of the defendants, LOCAL #11 UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, states as follows:

### ACTION FOR ACCOUNTING

1. At all times relevant hereto, Plaintiff, ALESHIA REYES, was an individual residing in the Village of Godley and State of Illinois.

2. At all times relevant hereto, Defendant LOCAL #11 UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS (hereinafter "LOCAL 11"), was a labor union based in Cook County, Illinois, that performed various functions on behalf of its members, including the maintenance and administration of life insurance policies.

3. Plaintiff is the daughter of LARRY DODD, who passed away on February 25, 2016.

4. During his lifetime, LARRY DODD was a union hot roofer for LOCAL 11.

5. As a part of his membership with Defendant, LARRY DODD had a life insurance policy.

6. Upon information and belief, Plaintiff and her sister, JORDAN DODD, were beneficiaries of the life insurance policy.

7. After LARRY DODD's death, a claim was made on the life insurance policy in question.

8. Upon information and belief, some amount of benefits was paid to Plaintiff's aunt, ROBIN SMITH.

9. Upon information and belief, the amount paid to ROBIN SMITH was improper in whole or in part.

10. Plaintiff has unsuccessfully sought to obtain more information about the details of the policy, the related benefit payouts, and why the payouts were made as they were.

11. In Plaintiff's current position, she lacks an adequate remedy at law.

12. Plaintiff has a need for discovery to find out the true nature of the policy and its beneficiaries, the amounts paid out to any party as a result of LARRY DODD's death, and the actions of ROBIN SMITH and others leading to said payouts.

WHEREFORE, Plaintiff prays that this honorable Court enter judgment in favor of Plaintiff ALESHIA REYES and against Defendant, LOCAL #11 UNITED UNION OF ROOFERS, WATERPROOFERS AND ALLIED WORKERS, as follows:

A. For an accounting between Plaintiff and Defendants (including but not limited to the details of the life insurance policy of Larry Dodd, any benefit payments made pursuant to the policy, and why said payments were made);

B. For any amount(s) found to be due from Defendants to Plaintiff as a result of the accounting, and interest on said amount(s); and

C. For such other and further relief as the court may deem proper.

Respectfully submitted,
DEUTSCHMAN & ASSOCIATES, P.C.

_____
Attorneys for Plaintiff

Jeffrey S. Deutschman
Bradley A. Skafish
**DEUTSCHMAN & ASSOCIATES, P.C.**
77 West Washington Street - Suite 1525
Chicago, IL 60602
(312) 419-1600
Attorney No. 40171

3